UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
AUG 24 2020
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

JAMES )
BRAD )
HAYES )
(Enter above the NAME of the
plaintiff in this action.) )

3:20-CV-375
McDonough / Guyton

v. )

ANDERSON CNTY, TN & )
DEP. PERKINS (A.C.S.D.) [ALTH] )
DEP. JOHN DOE #1 )
DEP. JOHN DOE #2 )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

         Plaintiffs: —0—
                     —0—

         Defendants: —0—
                       —0—

1

2. COURT: (If federal court, name the district; if state court, name the county): -0-

3. DOCKET NUMBER: -0-

4. Name of Judge to whom case was assigned: -0-

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) -0-

6. Approximate date of filing lawsuit: -0-

7. Approximate date of disposition: -0-

II. PLACE OF PRESENT CONFINEMENT: ANDERSON CNTY DETENTION FACILITY 308 PUBLIC SAFETY LN CLINTON, TN 37716

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? GRIEVANCE EXHAUSTED

2. What was the result? NO relief

D. If your answer to B is NO, explain why not. -0- -0-

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? Complained to Deputies And Ridgeview (Documented)

2. What was the result? NO RELIEF

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: JAMES BRAD HAYES

Present address: 308 Public Safety Ln Clinton, TN 37716

Permanent home address: PO Box 358 Briceville, TN 37710

Address of nearest relative: Same

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Anderson Cnty, TN, / Deputy Perkins, Dep John Doe #1, Dep. John Doe #2

Official position: Municipality and Deputies

Place of employment: A.C.D.F. 308 Public Safety Ln Clinton, TN 37716

C. Additional defendants: _____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Plaintiff James Brad Hayes asserts that his constitutional rights have been violated by Officer Perkins of A.CSD / Anderson Cnty, TN,

3

under color of law and in individual capacity, also to include officers John Doe #1, officer John Doe #2, both of Anderson County S.D./ Anderson County, and by these actions described, petitioner prays relief hereunof, upon a brief encounter with the aforesaid officers in which did arrest petitioner, petitioner was subjected to the physical beating of his person, in which was witnessed and also verifiable by E.M.S. of Anderson County, in which the E.M.S. official told these deputies to "stop" continuing this abuse of petitioner and said to "STOP, you are going to kill him." Officers said "Fuck Him, it would do society a favor.", after petitioner was cuffed these actions did occur, also after petitioner was drug up a incline by the cuffs behind his back, already beaten and in physical distress because of the officers conduct, petitioner was slammed to the pavement with hands cuffed behind his back and officer Perkins then forcably dropped his weight on petitioner's chest in a attempt to further cause injury to petitioner and E.M.S. official intervened and placed petitioner in custody of E.M.S. and transported petitioner to hospital for emergency treatment. Petitioner has suffered physical, mental and emotional distress. Petitioner further asserts, at NO-Time did he resist as to cause such actions purported, petitioner prays relief all parties alleged had color of law and individual capacities of involvement.

4

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Injunctive Relief in removal from Service deputies involved Declatory as to Unconstitutional Actions of Defendants.

Compensatory damages & Punitive Damages as to "Color of law" and "individually" not to exceed 10 million dollars.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 15th day of August, 2020.

*James Hayes*
Signature of plaintiff(s)

